UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO.: 3:16CR13-MOC-DCK |
| ) | |
| v. ) | PETITION FOR WRIT OF HABEAS |
| ) | CORPUS AD PROSEQUENDUM |
| **JAMES DIXON** ) | |
| Inmate # 0108876 ) | |
| _____ ) | |

NOW COMES the United States of America, by and through JILL WESTMORELAND ROSE, United States Attorney for the Western District of North Carolina, and moves the Court to issue a Writ of Habeas Corpus ad Prosequendum for JAMES DIXON, Offender # 0108876, B/M, DOB 07/19/1967, who is presently detained in the Piedmont Correctional Institution, for his appearance before the Court in the Western District of North Carolina in connection with a Bill of Indictment in the above district against said defendant.

Movant further prays that said Writ direct that immediately after the disposition of the above captioned case the defendant shall be returned to the custody of Piedmont Correctional Institute, under safe and secure conduct.

RESPECTFULLY SUBMITTED, this 9th day of February, 2016.

JILL WESTMORELAND ROSE
UNITED STATES ATTORNEY


**/s/ William T. Bozin**
ASSISTANT UNITED STATES ATTORNEY
N.C. Bar Number: 41118
U.S. Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, NC  28202
Email: william.bozin@usdoj.gov