# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

"UNDER SEAL"

| United States of America | ) |
|---|---|
| v. | ) |
| James DIXON | ) Case No. 3:16CR 13 |
| *Defendant* | ) |

RECEIVED US MARSHALS SERVICE
WESTERN NORTH CAROLINA
2016 JAN 21 AM 10:37

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* James DIXON,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

From at least as early as in or about June 2015 to in or about January 2016, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendants, Emmanuel GOODING, et al, did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons both known and unknown to the Grand Jury to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

FILED
CHARLOTTE, NC
MAR 17 2016
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

Date: 1/20/16

*Frank D Johns*
*Issuing officer's signature*

City and state: Charlotte, North Carolina

**FRANK G. JOHNS, CLERK OF COURT**
*Printed name and title*

### Return

This warrant was received on *(date)* 1/21/2016, and the person was arrested on *(date)* 3/7/2016
at *(city and state)* SALISBURY, NC.

Date: 3/8/2016

*Chris Carawan*
*Arresting officer's signature*

CHRISTOPHER CARAWAN, ASDUSM
*Printed name and title*