IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO.: 3:16cr13-MOC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | NOTICE OF TERMINATION |
| v. | ) | OF CO-COUNSEL |
| | ) | |
| EMMANUEL GOODING, et. al. | ) | |

NOW COMES the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, pursuant to the Court's administrative order filed on September 17, 2014, in Misc. No. 3:14MC178 and gives notice that forfeiture counsel BENJAMIN BAIN-CREED is hereby terminated as co-counsel for the government.

This 31st day of August, 2016.

JILL WESTMORELAND ROSE
UNITED STATES ATTORNEY

s/ Benjamin Bain-Creed
Florida Bar # 0021436
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202
Telephone: (704) 344-6222
Fax: (704) 344-6629
Email: benjamin.bain-creed@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on the parties and persons listed as counsel by submitting it to the Court for electronic notice.

s/ Benjamin Bain-Creed
Assistant United States Attorney