UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-13-MOC

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JAMES DIXON, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's pro se Motion to Modify Sentence to Run Supervised Release Concurrent with State Sentence. (Doc. No. 726). The Court will require a response from the Government before ruling on the motion.

**ORDER**

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to defendant's motion.

Signed: April 17, 2020

Max O. Cogburn Jr
United States District Judge